UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANKIE L. SANDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENEE SHERMAN, *individually and in her official capacity as a police officer for the Village of Sauget*, and THE VILLAGE OF SAUGET, ILLINOIS, *a municipal corporation*,<br><br>　　　　Defendants. | Case No. 09-cv-629-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 17) with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: August 19, 2010**

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**